**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LETICIA TORRES,                    ) Case No. CV 19-4629-JPR
                                   )
                  Plaintiff,       )
                                   )
            v.                     )              **JUDGMENT**
                                   )
ANDREW SAUL, Commissioner          )
of Social Security,               )
                                   )
                  Defendant.       )
_____   )

     For the reasons set forth in the accompanying Memorandum
Decision and Order, it is hereby ADJUDGED THAT (1) Plaintiff's
request for an order reversing the Commissioner's decision and
remanding the case for further proceedings is GRANTED; (2)
Defendant's request for an order affirming the Commissioner's
final decision is DENIED; and (3) judgment is entered in
Plaintiff's favor.

DATED:  August 26, 2020

                                   _____
                                   JEAN P. ROSENBLUTH
                                   U.S. MAGISTRATE JUDGE